# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

June 06, 2024

Clerk - Southern District of Alabama
U.S. District Court
155 ST JOSEPH ST
STE 123
MOBILE, AL 36602

Appeal Number:  22-11560-AA
Case Style: Aubrina Bowens v. Escambia County Board of Education, et al
District Court Docket No: 1:20-cv-00532-CG-B

A copy of this letter, and the judgment form if noted above, but not a copy of the court's decision, is also being forwarded to counsel and pro se parties. A copy of the court's decision was previously forwarded to counsel and pro se parties on the date it was issued.

The enclosed copy of the judgment is hereby issued as mandate of the court. The court's opinion was previously provided on the date of issuance.

Clerk's Office Phone Numbers

| | | | |
|---|---|---|---|
| General Information: | 404-335-6100 | Attorney Admissions: | 404-335-6122 |
| Case Administration: | 404-335-6135 | Capital Cases: | 404-335-6200 |
| CM/ECF Help Desk: | 404-335-6125 | Cases Set for Oral Argument: | 404-335-6141 |

Enclosure(s)

MDT-1 Letter Issuing Mandate

In the

# United States Court of Appeals

## For the Eleventh Circuit

————————————————

No. 22-11560

————————————————

AUBRINA BOWENS,

                                                    Plaintiff-Appellant,

*versus*

ESCAMBIA COUNTY BOARD OF EDUCATION,
JOHN KNOTT,

                                                    Defendants-Appellees.

————————————————

Appeal from the United States District Court
for the Southern District of Alabama
D.C. Docket No. 1:20-cv-00532-CG-B

————————————————

JUDGMENT

2                                                      22-11560

It is hereby ordered, adjudged, and decreed that the opinion is-
sued on this date in this appeal is entered as the judgment of this
Court.

Entered: June 23, 2023

For the Court: David J. Smith, Clerk of Court

ISSUED AS MANDATE: June 6, 2024